UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID SMITH,

Plaintiff,

-vs-                                                    Case No.  6:05-cv-1085-Orl-28KRS

GREYHOUND BUS LINES USA,

Defendant.

## ORDER

This case is before the Court on Motion to Compel Court Orders and Sanctions (Doc. No. 11) filed November 30, 2005.  The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice and that the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed December 5, 2005 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion to Compel Court Orders and Sanctions is **DENIED** without prejudice. This case is **DISMISSED** without prejudice. The Clerk is directed to close the file.

DONE and ORDERED in Chambers, Orlando, Florida this ___ 2 0 ___ day of December,

2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party